MICHAEL FAILLACE & ASSOCIATES, P.C.
Michael Faillace [MF-8436]
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
PABLO ANGAMARCA, JESUS VELASQUEZ,
MANUEL ANGAMARCA, ANTONIO SANTOS,
CARLOS AUGUSTO, ROBERTO LOMA, and
DAVID QUIRIRO, individually and on behalf of
others similarly situated,

        *Plaintiffs*,

    -against-

MAC-WAR RESTAURANT CORP. d/b/a HAKATA
JAPANESE RESTAURANT and ALLAN WARTSKI,

        *Defendants*.
-----------------------------------------------------------------X

07 CV 4759 (LLS)(FM)

**COMPLAINT**

**AFFIDAVIT OF SERVICE ON MAC-WAR RESTAURANT CORP. d/b/a HAKATA JAPANESE RESTAURANT**

STATE OF NEW YORK  )
          ) ss.:
COUNTY OF NEW YORK )

  DANIEL FOJAS, being duly sworn, deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

  That on June 7, 2007 at 9:35 am at 226 W. 47th Street, 3rd Floor, New York, New York 10036, deponent served the within Summons and Complaint on MAC-WAR RESTAURANT CORP. d/b/a HAKATA JAPANESE RESTAURANT, therein named, a domestic corporation by delivering thereat a true copy of each to PEDRO GARCON. Deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the MANAGER thereof. Deponent states that PEDRO GARCON informed deponent, via telephone, to leave said papers personally with KYLE FINCHAM, CALL CENTER EMPLOYEE.

  Upon information and belief Deponent avers that the recipient is not in military service of New York of the United States as that term is defined in either the State or in the Federal statutes.

Deponent further states that he describes KYLE FINCHAM, the person actually served, as follows:

|  |  |
|---|---|
| Sex: | MALE |
| Skin Color: | WHITE |
| Hair Color: | BROWN |
| Eye Color: | BROWN |
| Age (Approx.): | 25 |
| Height (Approx.): | 5'8" |
| Weight (Approx.): | 145 LBS |

_____
Daniel Fojas

Sworn to before me on this

7th day of June, 2007

_____
NOTARY

MICHAEL FAILLACE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02FA6120964
Qualified in New York County
Commission Expires January 03, 2009

2