UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PABLO ANGAMARCA, JESUS VELASQUEZ,
MANUEL ANGAMARCA, ANTONIO SANTOS,      07 CV 4759 (LLS)(FM)
CARLOS AUGUSTO, ROBERTO LOMA, and      ECF ACTION
DAVID QUIRIRO, individually and on behalf of
others similarly situated,

                                                                       **NOTICE OF APPEARANCE**

                   Plaintiffs,

    - against -

MAC-WAR RESTAURANT CORP. d/b/a HAKATA
JAPANESE RESTAURANT and ALLAN WARTSKI,

                   Defendants.
------------------------------------------------------------------------X

      DEALY & SILBERSTEIN, LLP hereby gives notice of its appearance on behalf of MAC-WAR RESTAURANT CORP. d/b/a HAKATA JAPANESE RESTAURANT and ALLAN WARTSKI, the Defendants in this action, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this action be furnished to the undersigned.

Dated: June 22, 2007
       New York, New York

                                                Yours, etc.,

                                                DEALY & SILBERSTEIN, LLP

                                                By: _____
                                                   Milo Silberstein (MS 4637)
                                               *Attorneys for Defendants Mac-War*
                                               *Restaurant Corporation d/b/a Hakata*
                                               *Japanese Restaurant and Allan Wartski*
                                               225 Broadway, Suite 1405
                                               New York, New York 10007
                                               (212) 385-0066

## AFFIRMATION OF SERVICE

MILO SILBERSTEIN, an attorney duly admitted to practice in the United States District Court, Southern District of New York, affirms under the penalty of perjury, that on the 22nd day of June, 2007, I served the Notice of Appearance, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the following addressee:

Michael Faillace, Esq. (MF 8436)
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*
110 East 59th Street, 32nd Floor
New York, New York 10022

Dated: New York, New York
       June 22, 2007

_____
MILO SILBERSTEIN (MS 4637)