UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PABLO ANGAMARCA, JESUS VELASQUEZ,
MANUEL ANGAMARCA, ANTONIO SANTOS,         07 CV 4759 (LLS)(FM)
CARLOS AUGUSTO, ROBERTO LOMA, and          ECF ACTION
DAVID QUIRIRO, individually and on behalf of
others similarly situated,

                                           STIPULATION
               Plaintiffs,

        - against -

MAC-WAR RESTAURANT CORP. d/b/a HAKATA
JAPANESE RESTAURANT and ALLAN WARTSKI,

               Defendants.
---------------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the respective parties that:

    1.  The time for Defendants MAC-WAR RESTAURANT CORP. d/b/a HAKATA JAPANESE RESTAURANT and ALLAN WARTSKI, to answer or otherwise move with respect to the Complaint in this action is extended through and including July 23, 2007; and

    2.  For the purposes of this Stipulation, facsimile signatures shall be deemed as original.

Dated: June 22, 2007
New York, New York

| DEALY & SILBERSTEIN, LLP | MICHAEL FAILLACE & ASSOCIATES, P.C. |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Milo Silberstein (MS 4637) | Michael Faillace (MF 8436) |
| *Attorneys for Defendants Mac-War Restaurant Corp. d/b/a Hakata Japanese Restaurant and Allan Wartski* | *Attorneys for Plaintiffs Pablo Angamarca, Jesus Velasquez, Manuel Angamarca, Antonio Santos, Carlos Augusto, Roberto Loma, and David QUIRIRO* |
| 225 Broadway, Suite 1405 | 110 East 59th Street, 32nd Floor |
| New York, New York 10007 | New York, New York 10022 |
| (212) 385-0066 | (212) 317-1200 |

SO ORDERED:

_____
HON LOUIS L. STANTON

2