ORIGINAL

06/22/2007 17:27 FAX 2123852117     DEALY&SILBERSTEIN                @003

STANTON, S
F.E.S

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
PABLO ANGAMARCA, JESUS VELASQUEZ,
MANUEL ANGAMARCA, ANTONIO SANTOS,
CARLOS AUGUSTO, ROBERTO LOMA, and
DAVID QUIRIRO, individually and on behalf of
others similarly situated,

           Plaintiffs,

   - against -

MAC-WAR RESTAURANT CORP. d/b/a HAKATA
JAPANESE RESTAURANT and ALLAN WARTSKI,

           Defendants.
----------------------------------------X

07 CV 4759 (LLS)(FM)
ECF ACTION

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the respective parties that:

1. The time for Defendants MAC-WAR RESTAURANT CORP. d/b/a HAKATA JAPANESE RESTAURANT and ALLAN WARTSKI, to answer or otherwise move with respect to the Complaint in this action is extended through and including July 23, 2007; and

2. For the purposes of this Stipulation, facsimile signatures shall be deemed as original.

JUN-27-2007 18:31 From:
06/22/2007 17:27 FAX 2123852117    DEALY&SILBERSTEIN    ☒004

Dated: June 22, 2007
New York, New York

| DEALY & SILBERSTEIN, LLP | MICHAEL FAILLACE & ASSOCIATES, P.C. |
|---|---|
| By: /s/ Milo Silberstein | By: /s/ Michael Faillace |
| Milo Silberstein (MS 4637) | Michael Faillace (MF 8436) |
| *Attorneys for Defendants Mac-War Restaurant Corp. d/b/a Hakata Japanese Restaurant and Allan Wartski* | *Attorneys for Plaintiffs Pablo Angumarca, Jesus Velasquez, Mauuel Angamarca, Antonio Santos, Carlos Augusto, Roberto Loma, and David QUIRIRO* |
| 225 Broadway, Suite 1405 | 110 East 59th Street, 32nd Floor |
| New York, New York 10007 | New York, New York 10022 |
| (212) 385-0066 | (212) 317-1200 |

SO ORDERED:

*/s/ Louis L. Stanton 6/29/07*
HON LOUIS L. STANTON

2

06/27/2007 WED 18:29 [TX/RX NO 8946] ☒003