JUL-23-2007 17:33 From:
07/23/2007 15:28 FAX 2123852117    DEALY&SILBERSTEIN    To:2123852117    STANTON P.2/3
                                                                          ☒003/004

# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 7/26/07

------------------------------------X

PABLO ANGAMARCA, JESUS VELASQUEZ,
MANUEL ANGAMARCA, ANTONIO SANTOS,
CARLOS AUGUSTO, ROBERTO LOMA, and
DAVID QUIRIRO, individually and on behalf of
others similarly situated,

          Plaintiffs,

- against -

MAC-WAR RESTAURANT CORP. d/b/a HAKATA
JAPANESE RESTAURANT and ALLAN WARTSKI,

          Defendants.

------------------------------------X

07 CV 4759 (LLS)(FM)
ECF ACTION

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the respective parties that:

1. The time for Defendants MAC-WAR RESTAURANT CORP. d/b/a HAKATA JAPANESE RESTAURANT and ALLAN WARTSKI, to answer or otherwise move with respect to the Complaint in this action is extended through and including August 10, 2007; and

2. For the purposes of this Stipulation, facsimile signatures shall be deemed as original.

JUL-23-2007 17:33 From:                                    To:2123852117         P.3/3
07/23/2007 15:26 FAX 2123852117         DEALY&SILBERSTEIN                         ☒004/004

Dated: July 23, 2007
       New York, New York

DEALY & SILBERSTEIN, LLP                 MICHAEL FAILLACE & ASSOCIATES, P.C.

By _____                 By: _____
    Kristy A. Bird (KB 8412)                  Michael Faillace (MF 8436)
*Attorneys for Defendants Mac-War         *Attorneys for Plaintiffs Pablo Angamarca,
Restaurant Corp. d/b/a Hakata             Jesus Velasquez, Maunel Angamarca,
Japanese Restaurant and Allan Wartski*    Antonio Santos, Carlos Augusto, Roberto
225 Broadway, Suite 1405                  Loma, and David QUIRIRO*
New York, New York 10007                  110 East 59th Street, 32nd Floor
(212) 385-0066                            New York, New York 10022
                                          (212) 317-1200

SO ORDERED:

_____
HON. LOUIS L. STANTON
        7/25/07

2