UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
PABLO ANGAMARCA, JESUS VELASQUEZ,
MANUEL ANGAMARCA, ANTONIO SANTOS,
CARLOS AUGUSTO, ROBERTO LOMA, and
DAVID QUIRIRO, individually and on behalf of
others similarly situated,

    07 CV 4759 (LLS)(FM)
    ECF ACTION

    **STIPULATION**

                Plaintiffs,

      - against -

MAC-WAR RESTAURANT CORP. d/b/a HAKATA
JAPANESE RESTAURANT and ALLAN WARTSKI,

                Defendants.
----------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the respective parties that:

1. The time for Defendants MAC-WAR RESTAURANT CORP. d/b/a HAKATA JAPANESE RESTAURANT and ALLAN WARTSKI, to answer or otherwise move with respect to the Complaint in this action is extended through and including August 24, 2007; and

2. For the purposes of this Stipulation, facsimile signatures shall be deemed as original.

Dated: August 8, 2007
     New York, New York

| | |
|---|---|
| DEALY & SILBERSTEIN, LLP | MICHAEL FAILLACE & ASSOCIATES, P.C. |
| By: _____/s/_____ <br> Milo Silberstein (MS 4637) <br> *Attorneys for Defendants Mac-War Restaurant Corp. d/b/a Hakata Japanese Restaurant and Allan Wartski* <br> 225 Broadway, Suite 1405 <br> New York, New York 10007 <br> (212) 385-0066 | By: _____/s/_____ <br> Michael Faillace (MF 8436) <br> *Attorneys for Plaintiffs Pablo Angamarca, Jesus Velasquez, Maunel Angamarca, Antonio Santos, Carlos Augusto, Roberto Loma, and David QUIRIRO* <br> 110 East 59th Street, 32nd Floor <br> New York, New York 10022 <br> (212) 317-1200 |

SO ORDERED:

_____
HON. LOUIS L. STANTON