ORIGINAL

AUG-09-2007 10:48 From:

DEALY&SILBERSTEIN

To:2123852117          P.2/3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PABLO ANGAMARCA, JESUS VELASQUEZ,
MANUEL ANGAMARCA, ANTONIO SANTOS,
CARLOS AUGUSTO, ROBERTO LOMA, and
DAVID QUIRIRO, individually and on behalf of
others similarly situated,

                    Plaintiffs,

- against -

MAC-WAR RESTAURANT CORP. d/b/a HAKATA
JAPANESE RESTAURANT and ALLAN WARTSKI,

                    Defendants.

------------------------------------------------------------X

07 CV 4759 (LLS)(FM)
ECF ACTION

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the

respective parties that:

1.      The time for Defendants MAC-WAR RESTAURANT CORP. d/b/a HAKATA

        JAPANESE RESTAURANT and ALLAN WARTSKI, to answer or otherwise

        move with respect to the Complaint in this action is extended through and including

        August 24, 2007; and

2       For the purposes of this Stipulation, facsimile signatures shall be deemed as

        original.

Dated: August 8, 2007
　　　　New York, New York

DEALY & SILBERSTEIN, LLP

By: _____
　　　　Milo Silberstein (MS 4637)
Attorneys for Defendants Mac-War
Restaurant Corp. d/b/a Hakata
Japanese Restaurant and Allan Wortski
225 Broadway, Suite 1405
New York, New York 10007
(212) 385-0066

MICHAEL FAILLACE & ASSOCIATES,
P.C.

By: _____
　　　　Michael Faillace (MF 8436)
Attorneys for Plaintiffs Pablo Angamarca,
Jesus Velasquez, Manuel Angamarca,
Antonio Santos, Carlos Augusto, Roberto
Loma, and David QUIRIRO
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200

SO ORDERED:

_____
HON. LOUIS L. STANTON

8/10/07

2