ORIGINAL

AUG-24-2007 12:35 From:
08/23/2007 20:07 FAX 2123852117        DEALY&SILBERSTEIN

To:2123852117    P.2/2

STANTON, S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
PABLO ANGAMARCA, JESUS VELASQUEZ,
MANUEL ANGAMARCA, ANTONIO SANTOS,
CARLOS AUGUSTO, ROBERTO LOMA, and
DAVID QUIRIRO, individually and on behalf of
others similarly situated,

          Plaintiffs,

- against -

MAC-WAR RESTAURANT CORP. d/b/a HAKATA
JAPANESE RESTAURANT and ALLAN WARTSKI,

          Defendants.
----------------------------------------X

07 CV 4759 (LLS)(FM)
ECF ACTION

STIPULATION

    IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the respective parties that:

1. The time for Defendants MAC-WAR RESTAURANT CORP. d/b/a HAKATA JAPANESE RESTAURANT and ALLAN WARTSKI, to answer or otherwise move with respect to the Complaint in this action is extended through and including September 28, 2007;

2. The initial conference currently scheduled for September 7, 2007 is adjourned to October 12, 2007; and

3. For the purposes of this Stipulation, facsimile signatures shall be deemed as original.

Dated: August 23, 2007
      New York, New York

| DEALY & SILBERSTEIN, LLP | MICHAEL FAILLACE & ASSOCIATES, P.C. |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Milo Silberstein (MS 4637) | Michael Faillace (MF 8436) |
| *Attorneys for Defendants Mac-War Restaurant Corp. d/b/a Hakata Japanese Restaurant and Allan Wartski* | *Attorneys for Plaintiffs Pablo Angamarca, Jesus Velasquez, Maunel Angamarca, Antonio Santos, Carlos Augusto, Roberto Loma, and David QUIRIRO* |
| 225 Broadway, Suite 1405 | 110 East 59th Street, 32nd Floor |
| New York, New York 10007 | New York, New York 10022 |
| (212) 385-0066 | (212) 317-1200 |

SO ORDERED:

*[signature]*
HON. LOUIS L. STANTON
8/24/07

2