ORIGINAL

OCT-05-2007 14:14 From:                                   To:2123852117
10/05/2007 11:31 FAX 2123852117      DEALY&SILBERSTEIN

STANTON, S.
P.2/3
@004

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PABLO ANGAMARCA, JESUS VELASQUEZ,
MANUEL ANGAMARCA, ANTONIO SANTOS,      07 CV 4759 (LLS)(FM)
CARLOS AUGUSTO, ROBERTO LOMA, and      ECF ACTION
DAVID QUIRIRO, individually and on behalf of
others similarly situated,

                    Plaintiffs,                  STIPULATION

        - against -

MAC-WAR RESTAURANT CORP. d/b/a HAKATA
JAPANESE RESTAURANT and ALLAN WARTSKI,

                    Defendants.
-----------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the respective parties that:

    1.  The time for Defendants MAC-WAR RESTAURANT CORP. d/b/a HAKATA JAPANESE RESTAURANT and ALLAN WARTSKI, to answer or otherwise move with respect to the Complaint in this action is extended through and including October 19, 2007;

    2.  The initial conference currently scheduled for October 12, 2007 is adjourned to November 2, 2007, ~~and~~ at 2:30 PM; and

    3.  For the purposes of this Stipulation, facsimile signatures shall be deemed as original.

LLS

OCT-05-2007 14:14 From:                                          To:2123852117        P.3/3
10/05/2007 11:32 FAX 2123852117         DEALY&SILBERSTEIN                              ☒005

Dated: October 4, 2007
New York, New York

DEALY & SILBERSTEIN, LLP                      MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _____                   By: _____
Milo Silberstein (MS 4637)                        Marc Steier (MS 3523)
*Attorneys for Defendants Mac-War*                *Attorneys for Plaintiffs Pablo Angamarca,*
*Restaurant Corp. d/b/a Hakata*                   *Jesus Velasquez, Maunel Angamarca,*
*Japanese Restaurant and Allan Wariski*           *Antonio Santos, Carlos Augusto, Roberto*
225 Broadway, Suite 1405                          *Loma, and David QUIRIRO*
New York, New York 10007                      110 East 59th Street, 32nd Floor
(212) 385-0066                                New York, New York 10022
                                              (212) 317-1200

SO ORDERED:

_____
HON. LOUIS L. STANTON

10/9/07

2

10/05/2007 FRI 14:05 [TX/RX NO 9772] ☒003