DEALY & SILBERSTEIN, LLP
Milo Silberstein (MS 4637)
225 Broadway, Suite 1405
New York, New York 10007
(212) 385-0066
*Attorneys for Defendants Mac-War Restaurant*
*Corp. d/b/a Hakata Japanese Restaurant*
*and Allan Wartski*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
PABLO ANGAMARCA, JESUS VELASQUEZ,
MANUEL ANGAMARCA, ANTONIO SANTOS,
CAROLOS AUGUSTO, ROBERTO LOMA, and
DAVID QUIRIRO, individually and on behalf of
others similarly situated,

           Case No.: 07 CV 4759 (LLS) (FM)

      Plaintiffs,    ECF ACTION

           **DEFENDANT'S**
  -against-      **RULE 7.1 STATEMENT**


MAC-WAR RESTAURANT CORP. d/b/a
HAKATA JAPANESE RESTAURANT and
ALLAN WARTSKI,

      Defendants.
-----------------------------------------------------------------X

  Pursuant to Federal Rules of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant MAC-WAR RESTAURANT CORP. d/b/a HAKATA JAPANESE RESTAURANT and ALLAN WARTSKI (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:  NONE

Dated: New York, New York
October 22, 2007

                                                Yours, etc.,

                                                DEALY & SILBERSTEIN, LLP

                                                By: _____
                                                     Milo Silberstein (MS 4637)
                                              *Attorneys for Defendants Mac-War*
                                              *Restaurant Corp. d/b/a Hakata Japanese*
                                              *Restaurant and Allan Wartski*
                                                225 Broadway, Suite 1405
                                                New York, New York 10007
                                                (212) 385-0066

TO:    Michael Faillace, Esq.
         Michael Faillace & Associates, P.C.
         110 East 59th Street, 32nd Floor
         New York, New York 10022
         (212) 317-1200