```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
PABLO ANGAMARCA, JESUS VELASQUEZ,
MANUEL ANGAMARCA, ANTONIO SANTOS,
CARLOS AUGUSTO, ROBERTO LOMA, and
DAVID QUIRIRO, individually and on
behalf of others similarly situated,

                Plaintiffs,              07 Civ. 4759(LLS)

        - against -                      ORDER

MAC-WAR RESTAURANT CORP. d/b/a
HAKATA JAPANESE RESTAURANT and
ALLAN WARTSKI,

                Defendants.
-------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order any party may apply by letter for restoration of the action to the court's calendar.

Dated: New York, New York
       November 30, 2007

                                    _____
                                    LOUIS L. STANTON
                                    U. S. D. J.